# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN COUSIN

NO. 2023 KW 1280

**MARCH 13, 2024**

---

In Re:    John Cousin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 265831.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information or indictment, the motion filed in the district court, the district court's ruling on the motion, the state's response if any, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT